## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHLOE CARAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00749-ABJ |
| | ) | |
| MIKE ISABELLA, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Chloe Caras, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of the above-captioned matter with prejudice.

1.      On April 3, 2018, Ms. Caras filed a Complaint for Declaratory, Injunctive, and Monetary Relief, Dkt. No. 1, in this Court.

2.      The Complaint has not been served upon the Defendants.  Defendants have not answered or filed a responsive pleading and a settlement has been reached in this matter.

3.      Plaintiff Chloe Caras has agreed to, and hereby does, voluntarily dismiss the above-captioned matter with prejudice.

Respectfully submitted,


\_\_/s/_____
Debra S. Katz (D.C. Dist. Ct. No. 411861)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W.
Sixth Floor
Washington, D.C. 20009
Ph: (202) 299-1140
Fax:    (202) 299-1148
Email: katz@kmblegal.com


*Attorney for Plaintiff Chloe Caras*

Dated:  June 1, 2018

2